UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) ARDYSS INTERNATIONAL, INC.        CIVIL NO. 98-1280(DRD)

v.

Defendant(s) ALDO G. GARCIA SANDOVAL ET AL.

| MOTION | ORDER |
|---|---|
| Docket entry no. 13 | ☑ GRANTED. |
| Date: September 27, 1999. | ☐ DENIED. |
| Title: Motion to Withdraw Posted Bond | ☐ MOOT. |
| | ☐ NOTED. |

The 25.⁰⁰ Bond delivered by Plaintiff is Authorized to be withdrawn.

Date: 10/2/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Finance